FILED

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0131

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0131

_____

ALLEN MUNRO and LINDA MUNRO,

     Plaintiffs and Appellees,

  v.                           O R D E R

JOHN MUNRO,

     Defendant and Appellant.

_____

Appellant John Munro was granted an extension of time to file and serve the opening brief on or before April 23, 2023.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 26, 2023.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2023